UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA J. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-1843 AC<br><br><br>ORDER |

Pending before the Court is plaintiff's motion for extension of time to serve summons the nunc pro tunc to February 24, 2014. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 7) is granted;
2. The Court grants plaintiff up to and including February 24, 2014 to serve the summons in this action. Service is therefore deemed effected nunc pro tunc to February 24, 2014.

DATED: August 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1