BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA J. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-01843-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until September 10, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  August 11, 2014   */s/ Lynn M. Harada for Jared Walker*   
(*as authorized via email on 8/11/14)  
JARED WALKER  
Attorney for Plaintiff

Dated: August 11, 2014   BENJAMIN B. WAGNER  
United States Attorney  
DONNA L. CALVERT  
Regional Chief Counsel, Region IX  
Social Security Administration

By:   /s/  Lynn M. Harada  
LYNN M. HARADA  
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED:

Dated: August 14, 2014   _____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE