1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRICIA J. WALKER, | No. 2:13-cv-01843-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEYS FEES AND COSTS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 12, 2015, plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). ECF No. 22. On May 15, 2015, the parties agreed on the following:

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that Plaintiff's previously filed Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act (Docket No. 22) is hereby withdrawn.

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees and expenses in the amount of SIX THOUSAND ONE HUNRED DOLLARS AND ZERO CENTS ($6,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO DOLLARS ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

1 accordance with 28 U.S.C. §§ 1920, 2412(d).

2 After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Jared T. Walker,  pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including the Law Office of Jared T. Walker, P.C., may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  May 15, 2015          */s/ Lynn M. Harada for Jared T. Walker\**
                              (*as authorized via email on 5/14/15)
                              JARED T. WALKER
                              Attorney for Plaintiff

////

////

////

2

| | |
|---|---|
| Dated: May 15, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ *Lynn M. Harada*<br>LYNN M. HARADA<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that:

1. Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND ONE HUNDRED DOLLARS AND ZERO CENTS ($6,100.00), as authorized by 28 U.S.C. § 2412(d) and costs in the amount of ZERO DOLLARS ($0.00), pursuant to 28 U.S.C. § 1920.

2. Defendant shall determine whether plaintiff's EAJA attorneys' fees are subject to any offset permitted under the United States Department of the Treasury's Offset Program and, if the fees are not subject to an offset, shall honor plaintiff's assignment of EAJA fees and shall cause payment of the fees to be made directly to plaintiff's counsel pursuant to the assignment executed by plaintiff.

Dated: May 18, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3